PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BLAKE WAYNE REED,<br><br>Defendant. | CASE NO: 1:23-CR-00101-NODJ-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 13, 2023<br>TIME:  1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brittany M. Gunter, counsel for the government, and Erin Snider, counsel for Blake Wayne Reed ("defendant"), that this action's **Wednesday, December 13, 2023, at 1:00 p.m, status conference be continued to Wednesday, February 28, 2024, at 1:00 p.m.** The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. The grand jury returned an indictment regarding this matter on May 25, 2023. Dkt. 1. Since that time, the parties agreed to and presented to the court a stipulation and proposed protective order regarding the production of third parties' personal information without redactions, which the court endorsed by way of formal order on June 16, 2023. Dkt. 13. The government then prepared and delivered an initial set of discovery to defense counsel within

1

1      the time limits set forth by Eastern District of California Local Rule 440.

2   2. The government produced supplemental discovery subject to the protective order to the
3      defense on July 19, 2023.

4   3. The government produced additional supplemental discovery to the defense on September
5      26, 2023.  The defense is and has been reviewing discovery thus far provided.

6   4. The government currently believes all discovery has been produced pursuant to Rule 16.  If
7      the government identifies additional information that should be produced as supplemental
8      discovery, the government will promptly produce it in accord with Rule 16.

9   5. Defense counsel needs more time to complete its review of the discovery, conduct any
10     additional investigation, and communicate with both the defendant and government counsel
11     about any potential pretrial resolution of this case.

12  6. Defense counsel believes that failure to grant the above-requested continuance would deny
13     her the reasonable time necessary for effective preparation, taking into account the exercise
14     of due diligence.

15  7. The government does not object to the continuance.

16  8. The parties therefore stipulate that the period of time from December 13, 2023, through and
17     including Febraury 28, 2024, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
18     3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the
19     parties' request on the basis of the Court's finding that the ends of justice served by taking
20     such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  December 5, 2023                    PHILLIP A. TALBERT
                                            United States Attorney

                                      By:  /s/ BRITTANY M. GUNTER
                                            BRITTANY M. GUNTER
                                            Assistant United States Attorney

Dated:  December 5, 2023            By:   /s/ ERIN SNIDER
                                          ERIN SNIDER
                                          Counsel for Defendant

## O R D E R

IT IS ORDERED that the status conference currently set for December 13, 2023, at 1:00 pm is continued until **Wednesday, February 28, 2024, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.

IT IS FURTHER ORDERED THAT the period of time from December 13, 2023, through and including Febraury 28, 2024, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 6, 2023**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE