HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BLAKE WAYNE REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLAKE WAYNE REED,<br><br>Defendant. | Case No. 1:23-cr-00101-NODJ-BAM<br><br>**STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:   February 26, 2024<br>Time:  8:30 a.m. |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Blake Wayne Reed, that the Court may vacate the status conference currently scheduled for February 28, 2024, at 1:00 p.m. and set a change-of-plea hearing on February 26, 2024, at 8:30 a.m.

The parties agree and request that the Court make the following findings:

1. By previous order, this matter was set for a status conference on February 28, 2024, at 1:00 p.m.

2. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the previous order found good cause to exclude time through and including February 28, 2024.

3. The parties have reached a resolution and anticipate filing a plea agreement

shortly.

4. The parties therefore request that the Court vacate the February 28, 2024 status conference and set a change-of-plea hearing on February 26, 2024, at 8:30 a.m.

**IT IS SO STIPULATED.**

                                                  Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: February 20, 2024                    */s/ Brittany Gunter*
                                                  BRITTANY GUNTER
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 20, 2024                    */s/ Erin Snider*
                                                  ERIN SNIDER
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  BLAKE WAYNE REED

**ORDER**

IT IS SO ORDERED that the status conference set for February 28, 2024, is vacated. A change of plea hearing is set for **February 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time was previously excluded through February 28, 2024.

IT IS SO ORDERED.

Dated:  **February 20, 2024**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE