HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BLAKE WAYNE REED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BLAKE WAYNE REED,<br><br>Defendant. | Case No. 1:23-cr-00101-NODJ-BAM-1<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:  July 15, 2024<br>Time:  8:30 a.m.<br>Judge: NODJ |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Blake Wayne Reed, that the Court may continue the sentencing hearing currently scheduled for June 17, 2024, at 8:30 a.m. to July 15, 2024, at 8:30 a.m. before the District Judge.

Mr. Reed entered guilty pleas to Counts 5 and 13 of the Indictment on February 26, 2024. ECF #30. At that time, the Court set the matter for sentencing on June 10, 2024, at 9:30 a.m. *Id.* On May 16, 2024, the Court, on its own motion, continued the sentencing hearing to June 17, 2024, at 8:30 a.m.

Undersigned defense counsel is scheduled to be out of town on a prepaid vacation on June 17, 2024. Defense counsel understands that the next available calendar is July 15, 2024. Both parties are available on that date, and the government has no objection to the continuance.

**IT IS SO STIPULATED.**

                          Respectfully submitted,

                          PHILLIP A. TALBERT
                          United States Attorney

Date: May 31, 2024         */s/ Brittany Gunter*
                          BRITTANY GUNTER
                          Assistant United States Attorney
                          Attorney for Plaintiff

                          HEATHER E. WILLIAMS
                          Federal Defender

Date: May 31, 2024         */s/ Erin Snider*
                          ERIN SNIDER
                          Assistant Federal Defender
                          Attorney for Defendant
                          BLAKE WAYNE REED

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from June 17, 2024, to **July 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: **May 31, 2024**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE