1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BLAKE WAYNE REED
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00101-NODJ-BAM-1
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**
13 | vs. |
14 | BLAKE WAYNE REED, | Date:  August 26, 2024
                                Time:  8:30 a.m.
15 | Defendant. | Judge: NODJ

17     IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Blake Wayne Reed, that the Court may continue the

20 sentencing hearing currently scheduled for July 17, 2024, at 8:30 a.m. to August 26, 2024, at

21 8:30 a.m. before the District Judge.

22     On July 1, 2024, Mr. Reed, through counsel, filed a formal objection to the restitution

23 amount identified in the Presentence Investigation Report. On July 9, 2024, the government filed

24 a sentencing memorandum that included a response to Mr. Reed's formal objection. Defense

25 counsel requires additional time to discuss the government's response with her client and

26 conduct necessary investigation to determine whether to pursue the objection. Defense counsel

27 has conferred with counsel for the government, who has no objection to the request for a

28 continuance. Both parties are available on August 26, 2024.

**IT IS SO STIPULATED.**

                                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 11, 2024                   */s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: July 11, 2024                   */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BLAKE WAYNE REED

## O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for July 17, 2024, is hereby continued to **August 26, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **July 11, 2024**                      /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE